

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

O.A v.
Donato Aguirre-Garcia
~~ISMAEL ANTONIA ZAMBRANO-REYES~~

WAIVER OF INDICTMENT

07CR3420-LAB
CASE NUMBER: 07mj02721-AJB

O.A
Donato Aguirre-Garcia
I, ~~ISMAEL ANTONIA ZAMBRANO-REYES~~, the above named defendant, who is accused

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __12/20/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY